HABITAT, LTD., Appellant, v ART OF THE MUSE, INC., Doing Business as OLY STUDIO, et al., Respondents.

Submitted April 4, 2011; decided May 10, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.